# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DION ROBERTS

NO. 2025 KW 0442

**JULY 28, 2025**

---

In Re:    Dion Roberts, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 241092F.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.** The records of the West Baton Rouge Parish Clerk of Court's Office reflect that the district court is proceeding toward disposition of relator's motion for speedy trial and motion to quash. The records further reflect that the district court granted relator's motion for bond reduction on April 2, 2025. Thus, relator's motion for bond reduction is moot.

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT